## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| THE ORGANIC MEAT COMPANY, | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CV585 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| J.F. O'NEILL PACKING COMPANY, | ) | |
| INC., et al, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the defendant, Dur-A-Flex, Inc.'s (Dur-A-Flex), Motion For Leave To File Amended Answer And Cross Claim Against Defendant Protective Industrial Flooring, Inc., (Filing No. 38) and defendant Carlson Floor Coatings' [sic] (Carlson) Motion To File Amended Answer and Cross-Claim To Protective Industrial Flooring's Third Party Complaint (Filing No. 39).  Dur-A-Flex filed a proposed amended answer and cross claim as an attachment to its motion.  **See** Filing 38-2.  Carlson did not file its proposed amended answer and cross claim as a separate attachment[1] to the motion. None of the other parties to this action filed objections to either motion.  Upon consideration,

**IT IS ORDERED:**

1.      Dur-A-Flex's Motion For Leave To File Amended Answer And Cross Claim Against Defendant Protective Industrial Flooring, Inc., (Filing No. 38) is granted.

2.      Dur-A-Flex shall have to on or before **October 25, 2007**, to file the amended answer and cross claim.

---

[1] A party who moves for leave to amend a pleading (including a request to add parties) shall file **as an attachment to the motion** an unsigned copy of the proposed amended pleading. NeCiv.R. 15.1(a)(emphasis added).

3.      Carlson Floor Coatings' Motion To File Amended Answer and Cross-Claim To Protective Industrial Flooring's Third Party Complaint (Filing No. 39) is granted.

4.      Carlson shall have to on or before **October 25, 2007**, to file the amended answer and cross claim.

DATED this 5th day of October, 2007.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge